ATLAS FENCE Co. et al., respondents,

*v.*

WEST RIDGELAWN CEMETERY et al., appellants.

[Decided April 21st, 1939.]

*Mr. Louis A. Fast,* for the respondents.

*Mr. Ernest Kurzrok, pro se,* for the appellants.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Kays and reported in *122 N. J. Eq. 296.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 12.

*For reversal*—HEHER, J. 1.